UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL M. KITCHEN,

    Plaintiff,

v        Case No. 06-15068

COMMISSIONER OF SOCIAL SECURITY,    DISTRICT JUDGE ARTHUR J. TARNOW

        MAG. JUDGE VIRGINIA M. MORGAN

    Defendant.
_____/

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is Magistrate Judge Morgan's Report and Recommendation [Docket #10-1] filed May 29, 2007. The Magistrate Judge recommends that this Court grant Defendant's Motion for Summary Judgment.

Having reviewed the file, the Report and Recommendation, the Plaintiff's Objections and the Defendant's Response to the objections, the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of the Court. Accordingly, Defendant's Motion for Summary Judgment is **GRANTED.**

        s/Arthur J. Tarnow
        Arthur J. Tarnow
        United States District Judge

Dated: December 19, 2007

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on December 19, 2007, by electronic and/or ordinary mail.

        s/Catherine A. Pickles
        Judicial Secretary